UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK SYBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARION COUNTY SHERIFF'S | ) |
| DEPARTMENT, THE CITY OF | ) |
| INDIANAPOLIS, VALUE CITY | ) |
| DEPARTMENT STORES, INC., | ) |
| MICHAEL REIGER, individually and in | ) |
| his official capacity as an officer of the | )  CASE NO. 1:05-cv-1706-DFH-WTL |
| Indianapolis Police Department, | ) |
| KELLY FERRELL, individually and in her | ) |
| official capacity as deputy of the Marion | ) |
| County Sheriff's Department, | ) |
| SHELBY WICKLIFFE, individually and in | ) |
| his official capacity as deputy of the | ) |
| Marion County Sheriff's Department, | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

Plaintiff Mark Syberg having previously stipulated to dismissal of all of his claims against the defendants, and the court having this day dismissed the cross-claim of the City of Indianapolis and the Marion County Sheriff's Department against Value City Department Stores, Inc., it is hereby ORDERED, ADJUDGED, AND DECREED that all claims and cross-claims in this action are DISMISSED WITH PREJUDICE.

*David F. Hamilton*

Date:  August 7, 2007

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By:  Deputy Clerk

Copies to:

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

Jenna Catherine Lower
ALERDING CASTOR LLP
jlower@alerdingcastor.com

Derek Leonard Mandel
MANDEL POLLACK & HORN
dmandel@mplaw.net

Dennis Francis McCrosson III
MCCROSSON & ASSOCIATES
dmccross@iquest.net

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org